UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON

Vs

HEINZ SPIELVOGEL Et, AL.

DOCKET #
3:00CV2465(CFD)(WIG)

December 19, 2003

## MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff Respectfully moves this honorable Court to use its discretionary power under 28 U.S.C. Section 1915 and pursuant to Rule 9(b) and Rule 17(c) of the federal Rules of civil procedure, to appoint Counsel to Represent the Plaintiff in the above entitled case. In support of this motion, Plaintiff Request that the Court Review Plaintiff's Affidavit in support of Request to proceed in forma pauperis.
Petitioner deposes and says that:

1. Plaintiff is unable to afford Counsel to Represent himself in the above entitled proceeding due to his indigent financial status.

2. Plaintiff strongly believes that he is unable to do an adequate Job of Representing himself in the above entitled proceeding because:

(A) The Legal Issues are Complicated and the legal Jargon is incomprehensible to the Plaintiff, thus deferring him from making the appropriate and necessary steps needed within the guidelines and or mannerism of federal civil procedures to ensure due process of law is to be served (i,e...... significant and immediate amendments needed be made to original complaint, for obvious reasonings shown therein of numerous mistakes and the unawareness of know-how, thus showing just cause.)

(B) Plaintiff does not know how to support his petition on the Law, and there were Police Officers and witnesses at the time of arrest who are potential witnesses on his behalf, but unfortunately Plaintiff can not get in touch with them while being in Prison without necessary assistance.

(C) Plaintiff is unable to submit a pre-trial Memorandum and support memorandum of Law due to his inability to understand and execute procedural and the structural process of details pertaining to thus, that is overwhelmingly contributed by the conditions affecting him listed herein ... which will no doubt hinder the fairness in due process of Law if not acknowledged.

(D) Plaintiff is experiencing significant difficulties with his concentration and focusing efforts, short term memory loss, severe anxiety attacks, erratic and involuntary muscle spasms, possibly some symptoms of depression, severe migrain headaches, and the uncontrolable inability to stay calm and to feel secure.

3. Plaintiff is suffering from extreme mental stress and pain that are dramatically affecting his ability to assume responsible decision making as well as contributory to the fact that the plaintiff is also under psychiatric evaluation at Garner Mental Institution unit. Furthermore, the Plaintiff is also taking a substantial amount of (approximately five) different types of psycho-analytic medication daily as well as a couple of prescribed pain medication on a daily basis and that obviously has various different side effects that range from altered judgment and perception to numerous physical complications --- ALL of of which effect the Plaintiff as a whole.

ALL of the serious issues listed herein remain to be hinderance of ensureing the efficiency of self-representation and appropriate steps in which to be made by the plaintiff to ensure that procedural due process of law is to be served. As in request and if your honor

sees fit, I Respectably submit thus upon the mercy of this Court.

Respectfully

*[signature: Bristout Bourgignon]*
Plaintiff / PRO-se

## CERTIFICATION

This is to Certify that on this __19__ day of December, 2003, I hereby mailed a Copy of the foregoing to the following Party of Record:

M. JEFFRY Spahr
P.O. Box 798
NORWalk, CT 06856-0798
TeL. (203) 854-7750
Fed Bar No. CT 05416

*[signature]*
BRISTOUT Bourgignon