UNITED STATES DISTRICT COURT FILED
DISTRICT OF CONNECTICUT 2003 D 2:50

US DC

| | |
|---|---|
| BRISTOUT Bourguignon | Docket # |
| | 3:00 cv 2465 (CFD)(WIG) |
| vs. | |
| HEINZ SPIEL Et, AL | December 19, 2003 |

## AFFIDAVIT

IN SUPPORT of Motion for appointment of Counsel, enclosed are copies of:

(1) letters of Response from various Law Firms/ affiliations whereas Plantiff seeking legal assistance in thus matters.

(2) Original approved application for Plaintiff to proceed in forma PauPeris in Regards to this Case

(3) approved letter/ Request for listing of Phone Numbers the Plaintiff utilized in attempts to seek legal aid is thus matters.

I declare under the Penalty of Perjury that the foregoing is true and correct.

Bristout Bourguignon
Plaintiff / Pro-se

## CERTIFICATION

This is to certify that on this 19 day of December, 2003 I here by mailed a copy of the fore going to the following party of Record:

M. Jeffry Spahr
P.O. Box 798
Norwalk, CT 06856-0798
Tel. (203) 854-7750
Fed. Bar No. CT 05416

Bristout Bourguignon
BRISTOUT BOURGUIGNON

# WILLIAMS and PATTIS, LLC

JOHN R. WILLIAMS
NORMAN A. PATTIS
KATRENA ENGSTROM
DAWNE WESTBROOK
TIMOTHY J. MAHONEY
CHRISTY H. DOYLE
ELIZABETH BROOKS

51 ELM STREET, SUITE 409
NEW HAVEN, CONNECTICUT 06510

(203) 562-9931
FACSIMILE (203) 776-9494
FACSIMILE (203) 401-4277
E-MAIL: jrw@johnrwilliams.com

August 8, 2003

Mr. Bristout Bourguignon
Inmate No. 265860
Box 5500
Newtown, CT 06470

**PRIVILEGED CORRESPONDENCE**

Dear Mr. Bourguignon:

Thank you for your letter of August 2. I would be very happy to take over your case if, but only if, you are able to meet my standard terms. I require an advance retainer in the amount of $5,000.00 which thereafter is credited against a forty-percent contingency fee in the event of success. If the case is unsuccessful, the $5,000.00 is the entire fee. If you are able and interested in complying with these terms, please get back to me.

Sincerely,

JOHN R. WILLIAMS

JRW:paa

## LAW OFFICES OF JOSEPH MIRSKY

JOSEPH MIRSKY
DEAN E. POPKIN

ATTORNEYS AND COUNSELLORS AT LAW
1115 MAIN STREET • SUITE 408
BRIDGEPORT, CONNECTICUT 06604

TELEPHONE
(203) 366-3487
FAX (203) 384-8869

May 12, 2003

Mr. Bristout Bourguignon  #265860
MacDougall Correctional Institution
1153 East Street South
Suffield, Connecticut  06078

Dear Mr. Bourguignon:

I had been on vacation when you called my office and your message was forwarded to me.

It is my understanding you have civil cases in Federal Court that you would like me to handle.  Before I could undertake your cases I would need to review them.

Please write back to me and describe each case in detail.  I would then let you know whether or not those cases are ones this office would handle.

I look forward to hearing from you.

Very truly yours,

JOSEPH MIRSKY

JM:bd

# LAW OFFICES OF JOSEPH MIRSKY

JOSEPH MIRSKY
THOMAS W. BUCCI, JR.

ATTORNEYS AND COUNSELLORS AT LAW
1115 MAIN STREET • SUITE 408
BRIDGEPORT, CONNECTICUT 06604

TELEPHONE
(203) 366-3487
FAX (203) 384-8869

June 18, 2003

Mr. Bristout Bourguignon #265860
McDougall Correctional Institution
1153 East Street South
Suffield, Connecticut 06080

Dear Mr. Bouguignon:

This is to acknowledge receipt of your letter and Federal Court document. I wish to thank you for thinking and writing to me regarding your Federal civil case.

Although I handle criminal matters in Federal Court, I do not handle civil cases. I do a great deal of criminal and motor vehicle cases in Superior Court. Therefore, I must decline taking your Federal Civil matter and I am returning your papers to you.

Thank you for considering me in this matter.

Sincerely,

JOSEPH MIRSKY

JM:bd

# LYNCH, TRAUB, KEEFE AND ERRANTE

## A PROFESSIONAL CORPORATION

## ATTORNEYS AND COUNSELLORS AT LAW

**\*\*HUGH F. KEEFE**
**† STEVEN J. ERRANTE**
**°° JOHN J. KEEFE, JR.**
**\* DONN A. SWIFT**
**CHARLES E. TIERNAN III**
**ROBERT W. LYNCH**
**RICHARD W. LYNCH**
**† TIMOTHY P. POTHIN**
**ERIC P. SMITH**
**NICOLE M. FOURNIER**
**LOUIS M. RUBANO**
**SONIA M. JONES**
**MARISA A. BELLAIR**

**\* STEPHEN I. TRAUB, OF COUNSEL**
**° WILLIAM C. LYNCH, RETIRED**

**52 TRUMBULL STREET**
**P.O. BOX 1612**
**NEW HAVEN, CONNECTICUT 06506-1612**

| PHONE: | (203) 787-0275 |
|---|---|
| FAX: | (203) 782-0278 |
| E-MAIL: | LAWYERS@LTKE.COM |
| INTERNET: | HTTP:\\WWW.LTKE.COM |

**\*BOARD CERTIFIED CIVIL TRIAL LAWYER**
**°°BOARD CERTIFIED CRIMINAL TRIAL LAWYER**
**\*\*BOARD CERTIFIED CIVIL AND**
**CRIMINAL TRIAL LAWYER**
**†ALSO ADMITTED IN NEW YORK**
**°ALSO ADMITTED IN DISTRICT OF COLUMBIA**

May 20, 2002

Bristout Bourguignon
#265860
Walker Reception and Special Management Unit
1151 East Street South
Suffield, CT 06078

Dear Bourguignon:

Thank you for your recent letter regarding the incident leading to your arrest. Unfortunately, due to my present trial schedule I will not be able to get involved with your case.

Therefore, I am returning to you the information you provided.

Thank you for considering this firm.

Very truly yours,

John J. Keefe

JJK:dap



# CCLU

## Connecticut Civil Liberties Union Foundation

32 Grand Street • Hartford, CT 06106
860-247-9823 • Fax: 860-728-0287

December 2, 2003

Bristout Bourguignon #265860
Garner Correctional Institution
50 Nunnawauk Road
Newtown, CT 06470

Dear Mr. Bourguignon,

I am in receipt of the materials you sent to our office dated November 10, 2003. Unfortunately, as you may know, we have very limited staff and financial resources. For this reason, we cannot take on litigation or furnish legal assistance to address the type of claims you raise.

I am returning the materials you sent to our office. Good luck and I regret this organization cannot be of more help.

Sincerely,

Philip D. Tegeler
Legal Staff

PDT/scs

Enclosure

**LAW OFFICES**
**OF**
**SYDNEY T. SCHULMAN**

<u>Administrative Director</u>
Sydney T. Schulman, Esq.

<u>Managing Attorney</u>
Jane Starkowski

**INMATES' LEGAL ASSISTANCE PROGRAM**

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
Michael A. Rubino, Jr.
Kenneth J. Speyer
Jenna M. Edmundson

December 5, 2003

Bristout Bourguignon
#265860
Garner CI
50 Nunnawauk Road
P.O. Box 5500
Newtown, CT 06470

Dear Mr. Bourguignon:

Thank you for your letter dated October 16, 2003, which was received at Inmates' Legal Assistance Program ("ILAP") on October 20, 2003.

Pursuant to your request, enclosed please find copies of the Connecticut Practice Book, chapters 8-24.

Should you require future assistance with a civil legal matter dealing with terms and conditions of confinement, please do not hesitate to contact ILAP at the address provided below.

Sincerely,

Heidi VanWormer, Law Clerk

Jessica J. York, Staff Attorney

AO 240 (Rev. 9/96)

CLERK
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

# United States District Court

### ──────── DISTRICT OF ────────

4 18 PM '00

*BRISTOUT BOURGUIGNON*

**Plaintiff**

*HIENZ Spielvogel*

V.

~~HINESPELL VOGEL~~ *& NORWALK POLICE DEPT.*

**Defendant**

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

FILED

PRISONER

CASE NUMBER: 3:00 CV 2465 (CFD)

I, *BRISTOUT BOURGUIGNON* _____ declare that I am the (check appropriate box)

[✓] petitioner/plaintiff/movant          [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?    [✓] Yes    [ ] No    (If "No" go to Part 2)

    If "Yes" state the place of your incarceration *BCC BRIDGEPORT, CT*

    Are you employed at the institution? *NO*    Do you receive any payment from the institution? *NO*

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

    currently employed?    [ ] Yes    [✓] No

    answer is "Yes" state the amount of your take-home salary or wages and pay period and give the e and address of your employer.

    answer is "No" state the date of your last employment, the amount of your take-home salary or es and pay period and the name and address of your last employer. *9/100 $600.00 PER WEEK*

    ast 12 twelve months have your received any money from any of the following sources?

    iness, profession or other self-employment    [ ] Yes    [✓] No
    t payments, interest or dividends              [ ] Yes    [✓] No
    ions, annuities or life insurance payments     [ ] Yes    [✓] No
    ability or workers compensation payments       [ ] Yes    [✓] No
    s or inheritances                              [ ] Yes    [✓] No
    other sources                                  [ ] Yes    [✓] No

    wer to any of the above is "Yes" describe each source of money and state the amount received **and**

Motion GRANTED. It is So Ordered.

Holly B. Fitzsimmons, USMJ    Date