**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

**PRISONER**

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| BRISTOUT BOURGUIGNON | 3:00CV2465(CFD)(WIG) |
| DEFENDANT | TYPE OF PROCESS |
| HEINZ SPEILVOGEL | SUMMONS & COMPLAINT |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
LT. BARDOS, NORWALK POLICE DEPT., c/o CORPORATION COUNSEL JEFFRY SPAHR

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
125 EAST AVENUE, ROOM 237
NORWALK, CT 06856-0798

~~270~~ 203 854- 7750

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

bristout bourguignon #265860
CHESHIRE CORRECTIONAL INSTITUTION
900 HIGHLAND AVENUE
CHESHIRE, CT 06410

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

INDIVIDUAL CAPACITY/IFP

PERSONALLY SERVE

RECEIVED 02 NOV 10 AM — DISTRICT OF CONNECTICUT UNITED STATES MARSHAL

Signature of Attorney or other Originator requesting service on behalf of:
CLERK'S OFFICE Mary E. Kaiser
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: (203)579-5861
DATE: 10/30/02

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk Kathleen King | Date 11/10/02 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Louis Ciccarello - Corporation Counsel

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | pm |
|---|---|---|
| 12/18/02 | 2:15 | |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45 | 14.66 | | 59.66 | | 59.66 | |

REMARKS:

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. ~~PRISONER~~ ||
|---|---|---|
| PLAINTIFF<br>BRISTOUT BOURGUIGNON | COURT CASE NUMBER<br>3:00CV2465(CFD)(WIG) ||
| DEFENDANT<br>HEINZ SPEILVOGEL | TYPE OF PROCESS<br>SUMMONS & COMPLAINT ||

| SERVE ➤ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | OFFICER ROSELLE, NORWALK POLICE DEPT., c/o CORPORATION COUNSEL JEFFRY SPAHR |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>125 EAST AVENUE, ROOM 237<br>NORWALK, CT  06856-0798 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

BRISTOUT BOURGUIGNON #265860
CHESHIRE CORRECTIONAL INSTITUTION
900 HIGHLAND AVENUE
CHESHIRE, CT  06410

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

OFFICIAL CAPACITY/IFP

PERSONALLY SERVE

[Stamps: DISTRICT OF CONNECTICUT  '02 NOV 10 AM 9:_  RECEIVED UNITED STATES MARSHAL]

| Signature of Attorney or other Originator requesting service on behalf of:<br>CLERK'S OFFICE  /s/ Mary E. Larsen | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(203)579-5861 | DATE<br>10/30/02 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 14 | District to Serve<br>No. 14 | Signature of Authorized USMS Deputy or Clerk | Date<br>11/10/02 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Louis Ciccarelle  Corporate Counsel

| | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service  12/18/02    Time  2:15  ☒ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45 | 14.60 | | 59.60 | | 59.60 | |

REMARKS:

# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

**PRISONER**

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| BRISTOUT BOURGUIGNON | 3:00CV2465(CFD)(WIG) |
| **DEFENDANT** | **TYPE OF PROCESS** |
| HEINZ SPEILVOGEL | SUMMONS & COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
OFFICER YTURBE, NORWALK POLICE DEPARTMENT
c/o CORPORATION COUNSEL JEFFRY SPAHR
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
125 EAST AVENUE, ROOM 237
NORWALK, CT 06856-0798

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

BRISTOUT BOURGUIGNON #265860
CHESHIRE CORRECTIONAL INSTITUTION
900 HIGHLAND AVENUE
CHESHIRE, CT 06410

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

OFFICIAL CAPACITY/IFP

PERSONALLY SERVE

Signature of Attorney or other Originator requesting service on behalf of: CLERK'S OFFICE /s/ Mary E. Larsen
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (203)579-5861
DATE: 10/30/02

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | /s/ | 11/10/02 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Louis E. Ciccarello  Corporate Counsel

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 12/18/02   Time: 2:15 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45 | 14.60 | | 59.60 | | 59.60 | |

REMARKS:

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
12/31/03

**PRIOR EDITIONS MAY BE USED**    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)