UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON

FILED 2004 FEB 25 P 4:34
US DISTRICT

CASE NO. 3:00 CV 2465 (CFD)(WIG)

Vs.

HEINZ SPIELVOGEL Et AL.     FEBRUARY 18, 2004

NOTICE OF SERVICE THE PLAINTIFF SUBMITTED AN AFFIDAVIT IN SUPPORT OF WITNESS STATEMENT TO THE DEFENDANTS

THE PLAINTIFF BRISTOUT BOURGUIGNON IN this above-caption matter gives notice that he had submitted an affidavit in support of witness statement to the defendant, HEINZ SPIELVOGEL Et. AL on February 18, 2004.

THE PLAINTIFF
Bristout Bourguignon

CERTIFICATION

THis is to certify that a copy was sent to the following ATTORNEY M. JEFFREY SPAhR P.O. Box 798 NORWALK, CT 06856-0798

Bristout Bourguignon
BRISTOUT BOURGUIGNON

# AFFIDAVIT IN SUPPORT
# OF WITNESS STATEMENT

I make the following statement without fear, threat or promise to the best of knowledge and ability.

On the date November 21, 1998, I Luis Fernandez went to a night club called "Velvet" in South Norwalk, CT to meet my friend Bristout Bourguignon and his girl Akiko Okamoto and I met in the Velvet parking lot which is in the back of the club, to have a good time at approx. 11:30 PM or 12:00 PM. I have known my friend Bristout Bourguignon for approx. 10 years and we always party and had gotten to clubs and had fun. On that date after we left Velvet Night Club and went back to the parking lot behind Velvet Night Club to get our cars my friend Bristout had invited me to visit his apartment because at the time I had broken-up with my wife. I was very depress and for some time I had stoped clubing. My friend Bristout's girl friend Akiko Okamoto was very polite and happy at the time. Even she insisted for me to visit their apartment in Westport. I was also happy to know that my friend Bristout's

girl friend was going to have a baby which was the reason why she did not wanted to drink any Alcohol when I offered a round of beers where she told me that she was months pregnant. When we left the parking lot my friend Bristout Bourguignon was driving a black Jetta Volkswagen and I was following him in a Buick leading to my friends Apartment. I saw a cop car passed me and drove next to my friends car which he then stoped with the Police car behind him. I was Approx. 3 cars behind then observing what was going on. I got to see my friend Bristout being Pulled-out of his car by an Police officer. All happend so fast. Then about 7 to 10 Police cars came and I saw then beating my friend bristout by Kicking, Punching and I saw his girl friend Akiko Okamoto tried to get the police officers from Killing my friend Bristout. I witness 3 police officers holding him by his Arms and a fourth one chocking him and at one point one of the officer's Punched him in the face. Knocking him down to the floor. I then got to see the police officers throwing my friend to the floor which at the time I had gotten out of my car. Suddently my friend's girl friend Akiko Okamoto trying to tell the police officers not to kill him and she tried to pulled my friend Bristout out of the beating. But I saw one of the Agressive officers Kick her on the Stomach about 3 to 4 times making her drop to the ground with force. She started to throwing-up and

crying while the police officers threw my friend Bristout into a police car recklessly. Also, my friend Bristout girlfriend was placed in a police car in handcuffs and the car was being taken by the police which I had seen to much so I turned around back the same way to finding my way home. The next day I called my friend Bristout and came to find-out his girlfriend was in sever stomach pains and was throwing-up all day. I then found out that two months later that my friend Bristout Bourguignon lost his unborn child due to the incident that happend in South Norwalk on Nov. 21, 1998.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of knowledge.

                                         Witness
                                         Luis Fernandez

Sworn to before this
___1st___ day of __February__ 2004

__Jacqueline Bacha___
Notary Public