UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON

Vs.

HEINZ SPIELVOGEL

FILED DOCKET NO.
2004 MAY 26 P 5: 32   3:00 CV 2465 (CFD)(WIG)
U.S. DISTRICT COURT
BRIDGEPORT, CONN

MAY 21, 2004

MOTION FOR ORDER
DEFENDANT HEINZ SPIELVOGEL Failed
To comply with COURT ORDER

The Plaintiff moves pursuant to Rule 37(b)(1)(2) Fed. R. Civ. P. Request the Court to Rendering a Judgment by default against the disobedient Party. The defendant Heinz Spielvogel Failed to comply with court. The Court order the defendant Heinz Spielvogel to Respond to the specified Interrogatories and Production Request within 30 days from the date of this order 29 days of March, 2003.

The defendant Heinz Spielvogel failed to file a notice with the Court documenting his compliance. The defendant Violated the court order and did not Respond to the Interrogatories and Production Request specifically enumerated in and as modified by the Court Ruling. The Plaintiff is convincing that the defendant Heinz

Spielvogel is in violation for not complied with the Court Ruling and Order dated March 29, 2003.

Wherefore, the Plaintiff Request the Court to grant him all Relief Requested in this case including attorney fees.

The Plaintiff
*Bristout Bourguignon*
PRO-Se

## CERTIFICATION

This is to Certify that a copy of the following was sent to M. Jeffry Spahr at P.O. Box 798 Norwalk, CT 06856-0798

*Bristout Bourguignon*
BRISTOUT BOURGUIGNON