UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON

vs.

HEINZ SPIELVOGEL et, AL

CASE NO.
3:00cv2465 (CFD)(WIG)

SEPTEMBER 14, 2004

## MOTION FOR SPEEDY TRIAL

Pursuant to Federal Rules of Civil Procedure 39(a) Trial by Jury. Also provided by Rule 40. The Plaintiff Respectfully move as Matter of Law. Ask This Court to Place this action on a speedy trial calendar. In such Manner as the Court and Plaintiff deem Proper and Just and expeditiously to all Party's. The Plaintiff state the following Reason why this motion shall be granted:

1. Defendant has deliberately and Repeatedly disregarded all Plaintiff motion and court orders.

2. Plaintiff has made bona fide attempts to Resolve this matter and to prepare an intelligent and accurate and strong defense.

3. Defendant Just simply won't act in compliance to dismayed Plaintiff Legal Request.

4. Defendant's Attorney defective thinking and indeference, To Pro-se Plaintiff Request deprive and obstruct this Complainant from compiling in competent and intelligent assessment what best suitable for this Plaintiff.

5. The Plaintiff states that the defendant's Council actions clearly shows and depicts "obvious" clearness of frustrate this writer. And the Plaintiff is strongly contend and defy that the defendant great malice.

Wherefore Plaintiff ask this Court to grant this motion in all aspects.

THE Plaintiff

_____

## CERTIFICATION

This is to certify that a copy was sent to the following Attorney M. Jeffrey Spahr at P.O. Box 798 Norwalk, CT. 06856-0798.

*BRISTOUT BOURGUIGNON*