## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON       :

      v.       :       PRISONER
      :       Case No. 3:00CV2465(CFD)

HEINZ SPIELVOGEL, et al.       :

### RULING AND ORDER

The plaintiff, Bristout Bourguignon, filed this civil rights action pro se and in forma pauperis pursuant to 28 U.S.C. § 1915. In a ruling dated March 29, 2004, this Court ordered the defendant, Heinz Spielvogel, "to respond to the specified interrogatories and production requests within thirty (30) days from the date of [that] order and file a notice with the court documenting his compliance." Pending is the plaintiff's motion for judgment by default [Doc. # 74], which contends that Spielvogel has failed to comply with this Court's March 29, 2004 order. Spielvogel is hereby ordered to file a response on or before **February 28, 2005**, as to why the relief requested in the plaintiff's motion should not be granted.

      SO ORDERED this _8th_ day of February 2005, at Hartford, Connecticut.

_____
Christopher F. Droney
United States District Judge