UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON

V.

CASE NO. 3:00CV2465(CFD)(WIG)

HEINZ SPIELVOGEL, ET AL                FEBRUARY 11, 2005

**NOTICE OF COMPLIANCE AND OBJECTION TO MOTION FOR DEFAULT**

This Court has issued a Ruling and Order, dated February 8, 2005 requiring the Defendants to respond to the Plaintiff's Motion For Judgment by filing a discovery response on or before February 28, 2005.

It is hereby represented that the Defendants have filed the discovery response on or about June 1, 2004 in the form of a Notice of Compliance of even date thereof, to which was attached a full response by the Defendant, Spielvogel.

Further, this discovery was supplemented by the filing of a Supplemental Response, dated June 10, 2004.

Attached hereto is the Notice of Compliance, dated June 1, 2004, as well as the first page of the Defendant Spoielvogel's response, dated June 1, 2004. In addition, also attached is the

first page of the Defendant, Spielvogel's, Supplemental Response, dated June 10, 2004.

These documents are submitted to demonstrate to this Court that the Defendants have, at all times, complied with the Court's Order and that, therefore, Judgment of Default against them should not be granted.

>                    THE DEFENDANTS
>                    HEINZ SPIELVOGEL et al
>
>                    _____
>                    M. Jeffry Spahr
>                    Office of Corporation Counsel
>                    P. O. Box 798
>                    Norwalk, CT 06855-0798
>                    Tel. (203) 854-7750
>                    Federal Bar No. 05416

### CERTIFICATION

This is to certify that a copy of the foregoing was mailed postage prepaid to Bristout Bourguignon, #265860, McDougall Correctional Institution, 1153 East Street/South, Suffield, CT 06078.

>                    _____
>                    M. Jeffry Spahr

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON

V.

PRISONER

CASE NO. 3:00CV2465(CFD)(WIG)

HEINZ SPIELVOGEL, ET AL

JUNE 1, 2004

### NOTICE OF COMPLIANCE

The defendant, Heinz Spielvogel, in the above-captioned matter gives notice that he has complied with plaintiff's discovery requests on this date.

```
                                THE DEFENDANT
                                HEINZ SPIELVOGEL

                                _____
                                M. Jeffry Spahr
                                Office of Corporation Counsel
                                P. O. Box 798
                                Norwalk, CT 06856-0798
                                Tel. (203) 854-7750
                                Federal Bar No. 05416
```

### CERTIFICATION

This is to certify that a copy of the foregoing was mailed postage prepaid to Bristout Bourguignon, #265860, Osborne Correctional Institution, P. O. Box 100, Somers, CT 06071.

_____
M. Jeffry Spahr

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON

V.

HEINZ SPIELVOGEL, ET AL

PRISONER

CASE NO. 3:00CV2465(CFD)(WIG)

JUNE 10, 2004

### DEFENDANT SPIELVOGEL'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S DISCOVERY REQUEST

The defendant, Spielvogel, hereby supplements his production obligation by enclosing herewith the holding facility officer's reports for the date in question (November 21, 1998) referencing the care and custody of Mr. Bourguignon.

THE DEFENDANT
HEINZ SPIELVOGEL

_____
M. Jeffry Spahr
Office of Corporation Counsel
P. O. Box 798
Norwalk, CT 06856-0798
Tel. (203) 854-7750
Federal Bar No. 05416