UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON          :     Case#: 3:00cv 2465 (CFD)
              Vs.                             :

HEINZ SPIEL VOGEL., et al  :     FEBRUARY 24, 2005

PLAINTIFF OBJECTION TO THE DEFENDANT
NOTICE OF COMPLIANCE AND OBJECTION
TO MOTION FOR DEFAULT

THIS COURT has issued a Ruling and ORDER,
dated March 29, 2003 Requiring the defendants
to Respond to the specified interrogatories and
production Request within 30 days from the date
of this order.

THE defendant HEINZ spiel Vogel had dis-
Regard and failed to comply with the Court docu-
menting his compliance. on February 11, 2005,
Defendants notice of compliance and objection to
motion for default stated that they have filed
the discovery Response on or about June 1, 2004

According to the Court Ruling dated
March 29, 2003, Defendant, Heinz spielVogel
failed to Respond to the specified interroga-
tories and production Requests within thirty
(30) days from the date of that order and file
a notice with the Court documenting his com-
pliance. The Plaintiff did not Receive a Copy
of the defendants discovery Response on or about
June 1, 2004.

Where fore, The defendant, Heinz spiel vogel has failed to comply with Court order dated March 29, 2003 and violated the Court order by Not Respond to the specified interrogatories and production Request within 30 days from the date of this order. Therefore, Judgment of Default against the defendant should be granted.

PLAINTIFF

*Bristout Bourguignon*

CERTIFICATION

THis is to certify that a copy of the following was sent to ATTORNEY M. JEFFRY SPAHR at P.O. Box 798 NORWALK, CT 06856-0798

*Bristout Bourguignon*

BRISTOUT BOURGUIGNON