```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT


BRISTOUT BOURGUIGNON

V.
                                    CASE NO. 3:00CV2465(CFD)(WIG)

HEINZ SPIELVOGEL, ET AL             MAY 13, 2005
```

### ANSWER AND SPECIAL DEFENSES

The Defendant in the above-captioned matter, Heinz Spielvogel, hereby denies all the material allegations contained in the Plaintiff's Amended Complaint, dated July 20, 2002.

SPECIAL DEFENSES

The Defendant, Heinz Spielvogel, hereby claims that at all times relevant hereto he is entitled to qualified immunity.

```
                                    THE DEFENDANT
                                    HEINZ SPIELVOGEL


                                    _____
                                    M. Jeffry Spahr
                                    Office of Corporation Counsel
                                    P. O. Box 798
                                    Norwalk, CT 06856-0798
                                    Tel. (203) 854-7750
                                    Federal Bar No. 05416
```

### CERTIFICATION

This is to certify that a copy of the foregoing was mailed postage prepaid to Bristout Bourguignon, #265860, Mcdougall

Correctional Institution, 1153 East Street South, Suffield, CT 06078.

```
                                        _____
                                        M. Jeffry Spahr
```

```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT


BRISTOUT BOURGUIGNON
                                              PRISONER
V.
                                   CASE NO. 3:00CV2465(CFD)(WIG)

HEINZ SPIELVOGEL, ET AL              JUNE 1, 2004
```

## NOTICE OF COMPLIANCE

The defendant, Heinz Spielvogel, in the above-captioned matter gives notice that he has complied with plaintiff's discovery requests on this date.

```
                              THE DEFENDANT
                              HEINZ SPIELVOGEL


                              _____
                              M. Jeffry Spahr
                              Office of Corporation Counsel
                              P. O. Box 798
                              Norwalk, CT 06856-0798
                              Tel. (203) 854-7750
                              Federal Bar No. 05416
```

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed postage prepaid to Bristout Bourguignon, #265860, Osborne Correctional Institution, P. O. Box 100, Somers, CT 06071.

```
                              _____
                              M. Jeffry Spahr
```