UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MAY 13 2005

BRISTOUT BOURGUIGNON

V.

HEINZSPIEL VOGEL et.al

CASE NO.
3:00CV2465 (CFD)(WIG)

MAY 4, 2005

## REQUEST FOR ENTRY OF DEFAULT

TO: CLERK OF the Court for the Fairfield County of State of Connecticut

You will please enter the default of defendant Heinzspielvogel et.al for failure to plead or otherwise defend as provided by the Federal Rules of civil procedure, as appears from the attached affidavit of Bristout Bourguignon.

The Plaintiff
Bristout Bourguignon

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MAY 1 3 2005

| | |
|---|---|
| BRISTOUT BOURGUIGNON | CASE NO. 3:00 CV 2465 (CFD) (WIG) |
| V. | |
| HEINZ SPIELVOGEL et, al | MAY 4, 2005 |

## AFFIDAVIT FOR ENTRY OF DEFAULT

Plaintiff Bristout Bourguignon, being duly sworn deposes and says:

1. I am the Pro-Se Plaintiff in the above entitled matter.

2. The defendant Heinz Spielvogel et, al was served with a copy of the summons and complaint as appears from the proof of service on file.

3. The defendant Heinz spielvogel et. al has

not filed or served an answer or taken other action as may be permitted by law although more than 3½ years have passed since the date of service.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that this affidavit is true and correct.

The Plaintiff
*[signature]*
Pro-Se

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MAY 13 2005

BRISTOUT BOURGUIGNON

V

HEINZ SPIELVOGEL et. al

CASE NO.
3:00CV2465(CFD)(WIG)

MAY 4, 2005

## AFFIDAVIT AS TO MILITARY SERVICE

BRISTOUT BOURGUIGNON, being duly sworn, deposes and says:

1. I am prose plaintiff in the above entitled matter. I make this affidavit pursuant to the Requirement of the Soldiers and Sailors' Civil Relief Act, 50 U.S.C.

2. The defendant Heinz spiel vogel has worked at the Norwalk Police department since the plaintiff was first incarcerated in July 2000.

3. Based on that fact, the plaintiff is convinced that defendant HEINZ is not in the military service of the United States.

Pursuant to 28 U.S.C. § 1746, I declare

Under penalty of perjury that this affidavit is true and correct.

_____
THE PLAINTIFF
Bishnil Burgunyun

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MAY 1 3 2005

BRISTOUT BOURGUIGNON

V.

HEINZ SPIELVOGEL et, al

NO. 3:00cv2465 (CFD)(WIG)

May 4, 2005

## MOTION FOR DEFAULT JUDGMENT

Plaintiff BRISTOUT BOURGUIGNON moves the court to enter a default judgment against defendant Heinz Spielvogel et, al FOR $10,000,000 and states:

1. A default has been entered against defendant Heinz Spielvogel et.al for failure to answer or otherwise defend in the above entitled matter.

2. Defendant Heinz Spielvogel is not in the military service as shown by the attached affidavit.

THE Plaintiff

Bristout Bourguignon

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MAY 13 2005

BRISTOUT BOURGUIGNON | NO. 3:00cv2465 (CFD)(WIG)

V.

HEINZ SPIELVOGEL et,al | MAY 4, 2005

## NOTICE OF MOTION FOR DEFAULT JUDGMENT

TO: HEINZ SPIELVOGEL et,al

Please take notice that Plaintiff will make application to the Court of United States District at 915 Lafayette Boulevard Bridgeport, CT 06604, as soon thereafter as he may be heard, for entry of a default judgment in favor of the Plaintiff and against you FOR $10,000.000.

THE PLAINTIFF
Bristout Bourguignon

## CERTIFICATION

I hereby certify that a copy of the following motions was sent to this 4 days of May 2005;

ATTORNEY
M. JEFFRY SPAHR
P.O. BOX 798
NORWALK, CT 06856-0798

*Bristout Bourguignon*
Bristout Bourguignon