UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON

v.

HEINZ SPIEL VOGEL et.al

CASE NO.
3:00CV2465(CFD)(WIG)

May 31, 2005

## REQUEST FOR ENTRY OF DEFAULT

TO: CLERK OF THE COURT FOR THE Hartford County of State of Connecticut,

You will please enter the default of defendant Heinz spiel Vogel et.al for failure to plead or otherwise defend as provided by federal Rules of Civil procedure as appears from the attached affidavit of Bristout Bourguignon.

The Plaintiff
Bristout Bourguignon

UNITED STATES DISTRICT COURT
District of CONNECTICUT

| | |
|---|---|
| BRISTOUT BOURGUIGNON | CASE NO. 3:00cv2465 |
| v. | |
| HEINZ SPIELVOGEL et, al | MAY 31, 2005 |

## AFFIDAVIT FOR ENTRY OF DEFAULT

Plaintiff Bristout Bourguignon, being duly sworn deposes and says:

1. I am the PRO-SE Plaintiff in the above entitled matter.

2. The defendant Heinz Spielvogel et.al was served with a copy of the summons and complaint as appears from the proof of service on file.

3. The defendant Heinz Spielvogel et, al

has not filed or served an answer or taken other action as may be permitted by law although more than 3½ years have passed since the date of service.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that this affidavit is true and correct.

THE PLAINTIFF
*[signature]*

## CERTIFICATION

This is to certify that a copy of the following was sent on May 31, 2005, to:

M. JEFFRY SPAHR
P.O. BOX 798
NORWALK, CT 06856-0798


_____
Brustout Bourguignon