UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON

v.

HEINZ SPIEL VOGEL et, al

CASE NO.
3:00 cv 2465 (CFD)(WIG)

JUNE 6, 2005

## MOTION FOR DEFAULT JUDGMENT

Plaintiff Bristout Bourguignon move the Court to enter a default judgment against defendant Heinz Spiel Vogel et, al for $10,000,000, and states:

1. A default has been entered against defendant Heinz Spiel Vogel et. al for failure to answer or otherwise defend in the above entitled matter.

2. Defendant Heinz Spiel Vogel et, al is not in the military service as shown by the attached affidavit.

The Plaintiff
Bristout Bourguignon

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRISTOUT BOURGUIGNON | NO. 3:00 CV 2465 (CFD) (WIG) |
| v. | |
| HEINZ SPIELVOGEL et.al | JUNE 6, 2005 |

## AFFIDAVIT AS TO MILITARY SERVICE

BRISTOUT BOURGUIGNON, being duly sworn, deposes and says:

1. I am pro-se plaintiff in the above entitled matter. I make this affidavit pursuant to the requirement of the soldiers and sailors' civil Relief Act, 50 U.S.C.

2. The defendant Heinz Spielvogel has worked at the Norwalk police department since the plaintiff was first incarcerated in July 2000.

3. Based on that fact, the Plaintiff is convinced that defendant Heinz Spielvogel is not in the military service of the United States.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that this affidavit is true and correct.

_____
The Plaintiff
Binstnet Bmgujn [signature]

## CERTIFICATION

This is to certify that a copy of the following mailed was sent on June 6, 2005 to:

M. JEFFRY SPAHR
P.O. Box 798
Norwalk, CT 06856-0798

*Bristout Bourguignon*
BRISTOUT BOURGUIGNON