UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON

V.

HEINZ SPIEL VOGEL

CASE # 3:00CV 2465 (CFD)

SEPT. 15, 2005

## MOTION FOR TRIAL

In according with Rule 40 F.R.C.P. Plaintiff Request in the above titled case that this case be schedule for trial. Plaintiff Request trial by a Jury

The Plaintiff
Bristout Bourguignon

## CERTIFICATION

I hereby certify that a copy of the foregoing motion was mailed to: M. Jeffry Spahr. P.O. Box 798, Norwalk, CT 06856-0798

Bristout Bourguignon
Bristout Bourguignon