# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT



2005 SEP 19  A 11: 28

BRISTOUT BOURGUIGNON
Name of Plaintiff/Petitioner

v.

Case No. 3:00 cv 2465 (CFD)(wig)

Heinz Spiel Vogel
Name of Defendant/Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: BRISTOUT BOURGUIGNON #265860

   Your present mailing address: 1153 EAST STREET SOUTH SUFFIELD, CT 06080

   Telephone number: (860) 627-2164

2. Are you presently employed? YES ___ NO ✓

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. _____

   _____

   _____

   Weekly earnings: _____

4. If you are not presently employed, please provide the name and address of your last

Rev. 2/3/05

employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. __DEAN ELECTRIC__

__$500.00 a week   324 Moose Hill Monroe, CT__

Date last worked: __6-30-00__

Weekly earnings: __$500.00__

5. Approximately how much money have you received in the past twelve months in the form of:

   a) salary, wages, commissions, or earned income of any kind? __None__

   b) interest, dividends, rents or investments of any kind? __None__

   c) gifts or inheritances of any kind? __None__

6. How much money do you have in any checking or savings account(s)?

   Checking: __None__

   Savings: __None__

   Prison account: __0.00__

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ___ NO __✓__

   If YES, describe the property and state the approximate value: _____

8. How much money do you owe others? __not known at this time__

For each debt, state the name of the creditor and the amount owed:
CREDITOR                                                    AMOUNT OWED

Rev. 2/3/05                                        2

_____          _____
_____          _____
_____          _____
_____          _____
_____          _____

9. List the persons who depend upon you for support, and state your relationship to them. If any person is a minor child, identify that person by initials only.

   None

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ___ NO ✓

    If the answer is YES, please provide the following information for each such person:

    Name: _____

    Relationship: _____

    Employer: _____

    Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney.

    I have been in prison for the last past 5 years and 3 months and I never had a job through this prison system

## NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. I have been brutalized and assaulted by a norwalk police officer Name Heinz Spiel Vogel who used excessive force to subdue me abused me and to cause me harm. As a Result of his vicious excessive force. I have a permanent scar in my Right eye and head injury and other injury through my body.

(Additional space on next page)

## EFFORTS TO OBTAIN AN ATTORNEY

The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES ✓  NO ___

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name  Evans, Fieldman & Boyer L.L.C.

   Date you contacted this attorney  9-5-05

   Method of contact (in person, by telephone, etc.)  by mailed and by Phone (a copy of that letter attached)

   Reason why attorney was not employed to handle your case  Stated that they firm does not handle this area of Practice

   b) Attorney's name  Jessica York (inmate legal assistance)

   Date you contacted this attorney  9-13-05

   Method of contact (in person, by telephone, etc.)  by Phone and by mailed (a copy of that letter attached)

Rev. 2/3/05                                   4

Reason why attorney was not employed to handle your case <u>ILAP does not Represent inmates in Court. They Job is to assist inmates with their legal assistance</u>

c) Attorney's name <u>Law firm of McCormick Pauling & Huber</u>

Date you contacted this attorney <u>9-5-05</u>

Method of contact (in person, by telephone, etc.) <u>by mailed (a copy of that letter attached)</u>

Reason why attorney was not employed to handle your case <u>I wrote this Law firm but the mailed was Return and attempted not known</u>

15. Explain any other efforts you have made to obtain an attorney to handle your case.
<u>I have contacted those following attorneys: ① Connecticut Civil Liberties Union Foundation ② William and Pattis, LLC (letter attached) ③ Law offices of Joseph Miesky (letter attached) ④ Lynch, Traub, Keefe and Errante (letter attached)</u>

16. Please provide any other information which supports your application for the court to appoint counsel. <u>① I am unable to afford counsel to represent me ② I strongly believes that I am unable to do an adequate job of representing myself in the above entitled proceeding. ③ The legal issues are complicated and the legal jargon is incomprehensible to the plaintiff, thus deferring him from making the appropriate and necessary steps needed within the guide line of FRCP.</u>

17. Do you need a lawyer who speaks a language other than English?
    YES ___ NO <u>✓</u>

If you answered YES, what language do you speak? _____

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this information to the court. <u>See</u> Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed <u>in</u> <u>forma</u> <u>pauperis</u> and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

9-15-05
Date

*Bristout Bourguignon*
Original Signature of Movant

BRISTOUT BOURGUIGNON
1153 EAST STReet South
Suffield, CT 06080
Printed Name and Address of Movant

If this motion is being filed AFTER the complaint has been served, the opposing party needs to be served with a copy of this motion and a certificate of service needs to be completed.

I hereby certify that a copy of the foregoing motion was mailed to:

Rev. 2/3/05                                    6

(List all defendants or counsel for defendants with address and date mailed.)

M. Jeffry Spahr
Office of Corporation Counsel
P.O. Box 798
Norwalk, CT 06856-0798

_____
Original Signature of Movant