## EVANS, FELDMAN & BOYER, L.L.C.
### ATTORNEYS AT LAW

JACK H. EVANS (1915-2004)
RICHARD C. FELDMAN
PHOEBE B. BOYER*
KEITH R. AINSWORTH
JAMES P. BROCHIN

*RETIRED

261 BRADLEY STREET
P.O. BOX 1694
NEW HAVEN, CONNECTICUT 06507-1694

TELEPHONE
(203) 772-4900

TELECOPIER
(203) 782-1356

September 7, 2005

Mr. Bristout Bourguignon
#265860
MCI
1153 East Street South
Suffield, CT 06078

Dear Mr. Bourguignon:

  We are returning herewith your letter of September 5, 2005. Unfortunately our firm does not handle this area of practice.

                  Very truly yours,

                  Richard C. Feldman

RCF:ja
Enclosure

Dear Attorney
Evans, Feldman & Boyer

9-5-05

My name is BRISTOUT BOURGUIGNON, I am a pro se litigant in a civil case pending in district Court in Hartford. The case number is Bourguignon vs Heinz Spiel Vogel No. 3:00 cv 2465 (CFD) (WIG). All the discoveries have been completed and the case is ready to go to trial. I was wondering if you can represent me. If you decided to represent me, please give me a call at Mc-dougall C.I. or write me back A.S.A.P.

Sincerely
BRISTOUT Bourguignon
# 265860

BRISTOUT BOURGUIGNON
#265860
MCI
1153 EAST Street South
Sufield, CT 06080

Legal Mail

RETURN TO SENDER — UNABLE TO FORWARD

Law firm of
McCormick Paulding
&
Huber
266 Pearl St.
Hartford, CT 06103

061034-2001

Dear attorney                                              9-5-05
McCormick Paulding & Huber

    My name is Bristout Bourguignon. I have a civil case pending in district court in Hartford. The case number is Bourguignon vs. Heinz Spielvogel No. 3:00 cv 2465 (CFD)(WIG). All the discoveries have been completed and the case is ready to go to trial. I was wondering if you can represent me. Please give me a call at McDougall C.I. or write me back A.S.A.P.

                                    Sincerely
                                    Bristout Bourguignon
                                    #265860



# CCLU
## Connecticut Civil Liberties Union Foundation

32 Grand Street • Hartford, CT 06106
860-247-9823 • Fax: 860-728-0287

December 2, 2003

Bristout Bourguignon #265860
Garner Correctional Institution
50 Nunnawauk Road
Newtown, CT 06470

Dear Mr. Bourguignon,

    I am in receipt of the materials you sent to our office dated November 10, 2003. Unfortunately, as you may know, we have very limited staff and financial resources. For this reason, we cannot take on litigation or furnish legal assistance to address the type of claims you raise.

    I am returning the materials you sent to our office. Good luck and I regret this organization cannot be of more help.

Sincerely,

Philip D. Tegeler
Legal Staff

PDT/scs

Enclosure

**LAW OFFICES
OF
SYDNEY T. SCHULMAN**

<u>Administrative Director</u>
Sydney T. Schulman, Esq.

<u>Managing Attorney</u>
Jane Starkowski

**INMATES' LEGAL ASSISTANCE PROGRAM**

<u>Staff Attorneys</u>
Richard P. Cahill
Peter Downs
Jessica J. York
Michael A. Rubino, Jr.
Kenneth J. Speyer
Jenna M. Edmundson

December 5, 2003

Bristout Bourguignon
#265860
Garner CI
50 Nunnawauk Road
P.O. Box 5500
Newtown, CT 06470

Dear Mr. Bourguignon:

Thank you for your letter dated October 16, 2003, which was received at Inmates' Legal Assistance Program ("ILAP") on October 20, 2003.

Pursuant to your request, enclosed please find copies of the Connecticut Practice Book, chapters 8-24.

Should you require future assistance with a civil legal matter dealing with terms and conditions of confinement, please do not hesitate to contact ILAP at the address provided below.

Sincerely,

*H. VanWormer*
Heidi VanWormer, Law Clerk

*Jessica J. York*
Jessica J. York, Staff Attorney

# WILLIAMS and PATTIS, LLC

JOHN R. WILLIAMS
NORMAN A. PATTIS
KATRENA ENGSTROM
DAWNE WESTBROOK
TIMOTHY J. MAHONEY
CHRISTY H. DOYLE
ELIZABETH BROOKS

51 ELM STREET, SUITE 409
NEW HAVEN, CONNECTICUT 06510

(203) 562-9931
FACSIMILE (203) 776-9494
FACSIMILE (203) 401-4277
E-MAIL: jrw@johnrwilliams.com

August 8, 2003

Mr. Bristout Bourguignon
Inmate No. 265860
Box 5500
Newtown, CT 06470

**PRIVILEGED CORRESPONDENCE**

Dear Mr. Bourguignon:

    Thank you for your letter of August 2. I would be very happy to take over your case if, but only if, you are able to meet my standard terms. I require an advance retainer in the amount of $5,000.00 which thereafter is credited against a forty-percent contingency fee in the event of success. If the case is unsuccessful, the $5,000.00 is the entire fee. If you are able and interested in complying with these terms, please get back to me.

Sincerely,

JOHN R. WILLIAMS

JRW:paa

# LAW OFFICES OF JOSEPH MIRSKY

JOSEPH MIRSKY
DEAN E. POPKIN

ATTORNEYS AND COUNSELLORS AT LAW
1115 MAIN STREET • SUITE 408
BRIDGEPORT, CONNECTICUT 06604

TELEPHONE
(203) 366-3487
FAX (203) 384-8869

May 12, 2003

Mr. Bristout Bourguignon #265860
MacDougall Correctional Institution
1153 East Street South
Suffield, Connecticut 06078

Dear Mr. Bourguignon:

I had been on vacation when you called my office and your message was forwarded to me.

It is my understanding you have civil cases in Federal Court that you would like me to handle. Before I could undertake your cases I would need to review them.

Please write back to me and describe each case in detail. I would then let you know whether or not those cases are ones this office would handle.

I look forward to hearing from you.

Very truly yours,

Joseph Mirsky
JOSEPH MIRSKY

JM:bd

# LAW OFFICES OF JOSEPH MIRSKY

JOSEPH MIRSKY
THOMAS W. BUCCI, JR.

ATTORNEYS AND COUNSELLORS AT LAW
1115 MAIN STREET • SUITE 408
BRIDGEPORT, CONNECTICUT 06604

TELEPHONE
(203) 366-3487
FAX (203) 384-8869

June 18, 2003

Mr. Bristout Bourguignon #265860
McDougall Correctional Institution
1153 East Street South
Suffield, Connecticut 06080

Dear Mr. Bouguignon:

This is to acknowledge receipt of your letter and Federal Court document. I wish to thank you for thinking and writing to me regarding your Federal civil case.

Although I handle criminal matters in Federal Court, I do not handle civil cases. I do a great deal of criminal and motor vehicle cases in Superior Court. Therefore, I must decline taking your Federal Civil matter and I am returning your papers to you.

Thank you for considering me in this matter.

Sincerely,

Joseph Mirsky

JOSEPH MIRSKY

JM:bd

# LYNCH, TRAUB, KEEFE AND ERRANTE
### A PROFESSIONAL CORPORATION
### ATTORNEYS AND COUNSELLORS AT LAW

**\*\*HUGH F. KEEFE**
**† STEVEN J. ERRANTE**
**°° JOHN J. KEEFE, JR.**
**\* DONN A. SWIFT**
CHARLES E. TIERNAN III
ROBERT W. LYNCH
RICHARD W. LYNCH
**† TIMOTHY P. POTHIN**
ERIC P. SMITH
NICOLE M. FOURNIER
LOUIS M. RUBANO
SONIA M. JONES
MARISA A. BELLAIR

\* STEPHEN I. TRAUB, OF COUNSEL
° WILLIAM C. LYNCH, RETIRED

52 TRUMBULL STREET
P.O. BOX 1612
NEW HAVEN, CONNECTICUT 06506-1612

PHONE:  (203) 787-0275
FAX:  (203) 782-0278
E-MAIL:  LAWYERS@LTKE.COM
INTERNET: HTTP:\\WWW.LTKE.COM

\*BOARD CERTIFIED CIVIL TRIAL LAWYER
°°BOARD CERTIFIED CRIMINAL TRIAL LAWYER
\*\*BOARD CERTIFIED CIVIL AND
CRIMINAL TRIAL LAWYER
†ALSO ADMITTED IN NEW YORK
°ALSO ADMITTED IN DISTRICT OF COLUMBIA

May 20, 2002

Bristout Bourguignon
#265860
Walker Reception and Special Management Unit
1151 East Street South
Suffield, CT 06078

Dear Bourguignon:

Thank you for your recent letter regarding the incident leading to your arrest. Unfortunately, due to my present trial schedule I will not be able to get involved with your case.

Therefore, I am returning to you the information you provided.

Thank you for considering this firm.

Very truly yours,

John J. Keefe

JJK:dap

W:\00 No file number\JJK\Case Denial\Letter to B Bourguignon 5-20-02.doc