UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON

V.                                         CASE NO. 3:00CV2465(CFD)(WIG)

HEINZ SPIELVOGEL, ET AL           SEPTEMBER 30, 2005

**RESPONSE TO PLAINTIFF'S MOTION FOR TRIAL/
MOTION FOR PERMISSION TO CONDUCT DEPOSITION IN PRISON**

The Defendants in the above-captioned matter, do not object to the matter going to trial. The Defendants would request that a trial date be assigned with as much lead time as possible to insure that the Plaintiff has complied with his obligations regarding the filing of any Pre-Trial Memorandum.

In addition, the Defendants would request, pursuant to Rule 30(a)(2), that this Court grant permission for the Defendants to take the deposition of the Plaintiff who is presently confined in prison.

THE DEFENDANTS

_____
By: M. Jeffry Spahr
    Office of Corporation Counsel
    P. O. Box 798
    Norwalk, CT 06856-0798
    Tel. (203) 854-7750
    Federal Bar No. 05416

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed postage prepaid this date to Bristout Bourguignon, #265860, Mcdougall Correctional Institution, 1153 East Street South, Suffield, CT 06078.

_____
M. Jeffry Spahr