UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2006 APR 26  A 11: 25

BRISTOUT BOURGUIGNON

V.

HEINZ SPIELVOGEL

Docket No. 3:00cv2465(CFD)

APRIL 24, 2006

## MOTION FOR ORDER AND FOR ACTION ON DOC 87 AND DOC 88

The plaintiff Bristout Bourguignon in this case Request this court to take appropriate action and order on the plaintiff's motion to appoint counsel doc#87 and motion for trial doc# 88. The plaintiff states that this case is an old case, and that this case should not be protracted because of lack of management.

Wherefore, the plaintiff asks the court to grant this motion for order and for action in this case with all respects.

The plaintiff
Bristout Bourguignon

## CERTIFICATION

This is to certify that a copy of this motion was sent to Attorney M. Jeffry Spahr P.O. Box 798, Norwalk, CT. 06856-7750    Dated 4-24-06

Bristout Bourguignon

BRISTOUT BOURGUIGNON