UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON

Vs.

Vogel, et al

CIVIL ACTION
NO. 3:00-CV-2465 (CFD)

SEPTEMBER 22, 2006

MOTION FOR AN EXTENSION OF TIME

The plaintiff respectfully request this court to grant him an extension of time from 2-1-2007 until 5-1-2007, to file a Joint Trial Memorandum due 2/1/2007. The plaintiff states that on 5-5-06 at 11:53 AM EDT and filed on 5-5-2006 he was granting [88] motion to appoint counsel. The plaintiff argues that he can not file a Joint Trial Memorandum by himself without the appointed counsel presence.

WHEREFORE, It is respectfully requested that this motion for extention of time be granted.

THE PLAINTIFF
*Bristout Bourguignon*

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on 22nd day of September 2006; M. Jeffry Spahr, office of Corporation Counsel P.O. Box 798, Norwalk, CT 06856-0798

*Bristout Bourguignon*
BRISTOUT BOURGUIGNON