# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRISTOUT BOURGUIGNON, : | |
| Plaintiff : | |
| : | PRISONER CASE |
| v. : | Civil Action No. 3:00 CV 2465 (CFD) |
| : | |
| HINESPELL VOGEL, et al, : | |
| Defendants. : | |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

____  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____  A recommended ruling on the following motion which is currently pending:(orefm.)

__X__  A ruling on the following motion which is currently pending: **[97] Motion for Extension of Time until 5/1/07 to file Trial Memo**  (orefm.)

____  A settlement conference (orefmisc./cnf)

____  A conference to discuss and approve the following: (orefmisc./cnf)

____  Other: (orefmisc./misc)_____

**SO ORDERED** this __12th__ day of October, 2006, at Hartford, Connecticut.

/s/ CFD
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**