UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON

v.                                                    CIVIL NO: 3:00CV2465 (CFD)

HINESPELL VOGEL, ET AL.

## APPOINTMENT OF PRO BONO COUNSEL

Pursuant to Local Rule 29 and at the Court's request, Joseph M. Pastore, III, Esquire, Michel Bayonne, Esquire and Joanne Rapuano, Esquire of Dreier, LLP, One Landmark Square, 20th Floor, Stamford, CT 06901, Tel: (203) 425-9500 are appointed as counsel for the plaintiff, Bristout Bourguignon, in the above-captioned case. Counsel is directed to contact the above-named plaintiff as soon as possible and file pro bono appearances in this case.

Dated at Bridgeport, Connecticut this 3rd day of November, 2006.

KEVIN F. ROWE, Clerk
By

Cynthia Earle,
Staff Attorney