UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | | |
|---|---|---|
| BRISTOUT BOURGUINON | : | CIVIL ACTION NO. 3:00CV2465 (CFD)(TPS) |
| Plaintiff, | : | |
| vs. | : | JANUARY 31, 2007 |
| HEINZ SPIELVOGEL | : | |
| Defendant. | : | |

---

## MOTION FOR EXTENSION OF TIME TO SUBMIT JOINT TRIAL MEMORANDUM

Pursuant to D. Conn. L. Civ. R. 7(b), Plaintiff, Bristout Bourguignon ("Plaintiff"), respectfully moves for an extension of time to submit the parties Joint Trial Memorandum until such time as the parties have undertaken and completed discovery. In support of this motion Plaintiff avers as follows:

1. On or about November 3, 2006, the undersigned was appointed as Pro Bono counsel to Plaintiff in this matter.

2. Counsel for Plaintiff has been in the process of reviewing and familiarizing itself with this matter which was commenced on or about December 26, 2000. To date, very little discovery has taken place.

{00224511.DOC;2} **ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

3.  In order to advance this litigation, counsel for Plaintiff on numerous occasions contacted Plaintiff at the Garner Correctional facility ("Garner") located in Newtown, Connecticut. However, due to the strict rules of Garner regarding the visitation of inmates, counsel for Plaintiff has been unsuccessful in securing a meeting with Plaintiff.

4.  On or about January 5, 2007, counsel for Plaintiff was able to schedule a meeting with Plaintiff at Garner for January 12, 2007. On January 12, 2007, counsel for Plaintiff arrived at Garner only to be told that Plaintiff had been transferred to another facility, "Northern," located in Somers, Connecticut. Due to security concerns Garner did not notify counsel of this transfer. Counsel for Plaintiff then scheduled another meeting with Plaintiff. This meeting is scheduled for February 2, 2007.

5.  Currently the Joint Trial Memorandum is due in this matter on February 1, 2007. However, Plaintiff is unable to secure dates and move forward with a Joint Trial Memorandum until completing discovery which will include written discovery and the taking of depositions. In addition, counsel for Plaintiff needs to discuss factual issues related to this case with Plaintiff.

6.  Counsel for Plaintiff, has requested a conference call with this Court to allow the parties to submit a scheduling order to allow for discovery. Said conference has not yet been scheduled.

WHEREFORE, Defendant respectfully requests that this Court grant the Motion for Extension of Time to file Joint Trial Memorandum until such time a scheduling order is entered and discovery is undertaken and be completed.

Dated: Stamford, CT
       January 31, 2007

                                      Respectfully submitted,

                                      THE PLAINTIFF

By:    /s/ Michel Bayonne
           Joseph M. Pastore III, Esq. (ct11431)
           Michel Bayonne, Esq. (ct24628)
           DREIER LLP
           One Landmark Square, 20th Floor
           Stamford, CT 06901
           Phone: (203) 425-9500
           jpastore@dreierllp.com
           mbayonne@dreierllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2007, a copy of the foregoing was filed electronically and served by mail on the parties unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to parties unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System served on all counsel of record identified below by electronic mail and U.S. Mail postage prepaid.

Jeffry Spahr, Esq.
City Hall, P.O. Box 798
City of Norwalk, Law Department
Norwalk, CT 06856

/s/ Michel Bayonne
Michel Bayonne