UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Bristout Bourguignon
V.
Vogel

Prisoner
3:00-cv-2465
March 28, 2007

MOTION TO waived COURT COST In The plaintiff FORMA PAUPERIS IFP STATUS

The plaintiff Respectfully ask the Court to waived Court Cost in the plaintiff FORMA PAUPERIS IFP status based on the fact that the plaintiff can't afford to pay and obtain IFP status in his forma Pauperis because the plaintiff financial status is not stable and unable to Receive any funds from the out world for more than six months. The plaintiff inmate account has insufficient funds and the plaintiff has no money to buy small amenities of life which he has permitted to acquire in prison or hospital behond the food, clothing, and lodging already furnished by the federal systems and state systems. Please find plaintiff's affidavit attached with this motion.

The plaintiff
Bristout Bourguignon

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON       :   PRISONER
V.                         :   3:00-cv-2465
VOGEL                      :   March 23, 2007

### AFFIDAVIT that Plaintiff unable to pay cost Court Fee's in IFP status

Plaintiff Bristout Bourguignon, being duly sworn deposes and say:

1. I am the pro se plaintiff in the above entitle matter.

2. The plaintiff can't afford to pay and obtain IFP status in his Forma Pauperis status.

3. The plaintiff financial status is not stable and unable to receive any funds from the outside world at this time.

4. The plaintiff inmate account has 00 dollar balance.

5. The plaintiff has no money to buy small amenities of life which he has permitted to acquire in prison or hospital beyond the food, clothing, and lodging already furnished by the federal systems and state systems.

                                    The Plaintiff
                                    Bristout Bourguignon

11/21/2006 13:50    Case 3:00-cv-02465-TPS    DEPARTMENT OF CORRECTIONS    Document 108    Filed 03/28/2007    Page 3 of 3
GAR9            CONNECTICUT DEPARTMENT OF CORRECTION           OTRTASTA
                    T R U S T   A C C O U N T   S T A T E M E N T           4.14.1.4

DOC: 0000265860     Name: BOURGUIGNON, BRISTOUT JEAN     DOB: 04/27/1960
LOCATION: 136-A

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---:|---:|
| 09/20/2006 | CEC | CEC SAL ORD #4109262 | 1.64 | 5.14 |
| 09/29/2006 | FOIR | Freedom of Information Requests  136 | ( 3.00) | 2.14 |
| 10/12/2006 | DSP | ASH /Rg:1 7 @0.75    09/29/2006-10/05/2006 ASH /Rg:1 5 @0.75 10/06/2006-10/12/2006 | 9.00 | 11.14 |
| 10/12/2006 | DED | DSP-PAY Deduction-PLRA-02022001 | ( 1.80) | 9.34 |
| 10/23/2006 | CRS | CRS SAL ORD #4209789 D2 | ( 7.68) | 1.66 |
| 10/26/2006 | DSP | ATW /Rg:1 7 @0.75    10/13/2006-10/19/2006 ATW /Rg:1 7 @0.75 10/20/2006-10/26/2006 | 10.50 | 12.16 |
| 10/26/2006 | DED | DSP-PAY Deduction-PLRA-02022001 | ( 2.10) | 10.06 |
| 10/31/2006 | CRS | CRS SAL ORD #4227289 D2 | ( 8.07) | 1.99 |
| 11/06/2006 | WPOS | Postage  136 | ( 1.59) | 0.40 |
| 11/13/2006 | DSP | ATW /Rg:1 7 @0.75    10/27/2006-11/02/2006 ATW /Rg:1 7 @0.75 11/03/2006-11/09/2006 | 10.50 | 10.90 |
| 11/13/2006 | DED | DSP-PAY Deduction-PLRA-02022001 | ( 2.10) | 8.80 |
| 11/15/2006 | WPOS | Postage  136 | ( 1.83) | 6.97 |
| 11/15/2006 | CRS | CRS SAL ORD #4257903 D2 | ( 6.45) | 0.52 |

      TRANSACTION DESCRIPTIONS --           MANDATORY SAVINGS SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---:|---:|

      TRANSACTION DESCRIPTIONS --           BONDS SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---:|---:|

      TRANSACTION DESCRIPTIONS --           PLRA SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---:|---:|
| 04/12/2001 | DED | Deduction-PLRA-02022001 | 15.00 | 15.00 |
| 04/24/2001 | DED | Deduction-PLRA-02022001 | 15.00 | 30.00 |
| 05/14/2001 | DED | Deduction-PLRA-02022001 | 8.00 | 38.00 |
| 07/12/2001 | DED | Deduction-PLRA-02022001 | 30.00 | 68.00 |
| 08/07/2001 | OT | Sub-Account Transfer | 4.43 | 72.43 |
| 09/10/2001 | DED | Deduction-PLRA-02022001 | 2.10 | 74.53 |
| 09/24/2001 | DED | Deduction-PLRA-02022001 | 2.10 | 76.63 |
| 10/25/2001 | DED | Deduction-PLRA-02022001 | 10.00 | 86.63 |
| 10/29/2001 | DED | Deduction-PLRA-02022001 | 0.45 | 87.08 |
| 01/10/2002 | DED | Deduction-PLRA-02022001 | 2.00 | 89.08 |
| 05/07/2002 | DED | Deduction-PLRA-02022001 | 10.00 | 99.08 |
| 05/20/2002 | DED | Deduction-PLRA-02022001 | 60.00 | 159.08 |