UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRISTOUT BOURGUIGNON<br><br>Plaintiff,<br><br>v.<br><br>HEINZ SPIELVOGEL<br><br>Defendant. | CIVIL ACTION NO.<br>3:00CV2465 (CFD)<br><br><br><br><br><br>APRIL 27, 2007 |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 7(e), Attorney Michel Bayonne, of Dreier LLP, respectfully requests that he be permitted to withdraw his appearance on behalf of the Plaintiff, Bristout Bourguignon, in the above-captioned matter. While Mr. Bourguignon continues to be represented by Dreier LLP, Attorney Michel Bayonne has elected to resign from his position as Associate at Dreier LLP due to personal reasons, and therefore he can no longer represent Mr. Bourguignon in conjunction with Dreier LLP.

{00249140.DOC;}

Dated: Stamford, Connecticut
April 27, 2007

                                              FOR THE PLAINTIFF,
                                              BRISTOUT BOURGUIGNON


By: /s/ Joanne Rapuano
Joseph M. Pastore III, Esq. (ct11431)
Joanne Rapuano, Esq. (ct27102)
DREIER LLP
One Landmark Square, 20th Floor
Stamford, CT 06901
Tel: (203) 425-9500
Fax: (203) 425-9595
mbayonne@dreierllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2007, a copy of the foregoing was filed via Electronic Mail to the Court and served by Electronic mail and U.S. mail, postage prepaid, on the parties identified below.

Jeffry Spahr, Esq.
City Hall, P.O. Box 798
City of Norwalk, Law Department
Norwalk, CT 06856

                                                    /s/_____
                                                  Joanne Rapuano