UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRISTOUT BOURGUIGNON<br><br>Plaintiff,<br><br>v.<br><br>HEINZ SPIELVOGEL<br><br>Defendant. | CIVIL ACTION NO.<br>3:00CV2465 (CFD)<br><br><br><br>APRIL 27, 2007 |

### MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT

Pursuant to D. Conn. L. Civ. R. 7(b), Plaintiff, Bristout Bourguignon ("Plaintiff"), respectfully moves for an extension of time to file an Amended Complaint, scheduled to be due on May 1, 2007. In support of this motion Plaintiff avers as follows:

1. On or about November 3, 2006, the undersigned was appointed as Pro Bono counsel to Plaintiff in this matter.

2. Counsel for Plaintiff has been in the process of reviewing and familiarizing itself with this matter which was commenced on or about December 26, 2000. To date, very little discovery has taken place.

3. Counsel for Plaintiff's first meeting with Plaintiff was scheduled for January 12, 2007 at Garner Correctional Institute. On January 12, 2007, counsel for Plaintiff arrived at Garner only to be told that Plaintiff had been transferred to another facility, Northern

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Correctional Institute, located in Somers, Connecticut. Due to security concerns, Garner had not notified counsel of this transfer.

5. On February 2, 2007, counsel for Plaintiff met with Plaintiff for the first time at the Northern Correctional Institute.

6. Since the February 2, 2007 meeting, Counsel for Plaintiff have faced difficulties in scheduling meetings with Plaintiff due to Northern Correctional Institute's location, nearly two hours from the offices of Dreier LLP, due time constraints in light of strict visiting hours, and further due to Dreier LLP's recent heavy case load.

7. In order to serve the Plaintiff competently, Counsel must meet with Plaintiff prior to filing its Amended Complaint.

8. Counsel for Plaintiff contacted Defense Counsel, Mr. Jeffry Spahr on Thursday, April 26, 2007, to discuss seeking Plaintiffs consent to a Motion for Extension of Time for up to three weeks. Defense Counsel has consented to a three week extension of time to file an Amended Complaint.

9. Such an extension will have no effect on additional discovery deadlines or scheduled hearing dates.

WHEREFORE, Defendant respectfully requests that this Court grant the Motion for Extension of Time to File an Amended Complaint until three weeks from the date of this filing, May 18, 2007.

Dated: Stamford, Connecticut
       April 27, 2007

                                      Respectfully submitted,

                                      FOR THE PLAINTIFF,
                                      BRISTOUT BOURGUIGNON

By:    /s/ Joanne Rapuano
         Joseph M. Pastore III, Esq. (ct11431)
         Joanne Rapuano, Esq. (ct27102)
         DREIER LLP
         One Landmark Square, 20th Floor
         Stamford, CT 06901
         Phone: (203) 425-9500
         jpastore@dreierllp.com
         jrapuano@dreierllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2007, a copy of the foregoing was filed via Electronic Mail to the Court and served by Electronic Mail and U.S. mail, postage prepaid, on the parties identified below.

Jeffry Spahr, Esq.
City Hall, P.O. Box 798
City of Norwalk, Law Department
Norwalk, CT 06856

/s/
Joanne Rapuano