UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**BRISTOUT BOURGUIGNON,**
    **PLAINTIFF**

  V.                                          CIVIL ACTION NO.
                                              3:00 CV 2465 (TPS)

**HEINZ SPIELVOGEL,**
    **DEFENDANT.**

## ORDER TO SEAL DOCKET #114

On May 4, 2007 the undersigned received a letter from Attorney Joseph Pastore setting forth argument as to why his firm, Dreier LLP, could no longer represent the plaintiff pro bono. As is the undersigned's policy, this "letter brief" was docketed. See Thomas P. Smith & John Rose Jr., Getting in the Last Word: The Impropriety of "Letter Briefs" in State and Federal Courts, 68 Conn. B. J. 294 (1994). The letter motion was granted and Attorney Pastore as well as Attorney Joanne Rapuano, also of Dreier, were withdrawn from the case. Attorney Rapuano has electronically mailed a motion to seal this letter brief to chambers. She represents that because her firm has been withdrawn from the case she cannot docket it herself. The motion, which is attached to this order, is **GRANTED.** The clerk is directed to immediately seal docket #114.

**IT IS SO ORDERED**

**Dated at Hartford, Connecticut this 18th day of May, 2007.**

                                              **/s/ Thomas P. Smith**
                                              **Thomas P. Smith**
                                              **United States Magistrate Judge**