UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRISTOUT BOURGUIGNON<br><br>Plaintiff,<br><br>vs.<br><br>HEINZ SPIELVOGEL<br><br>Defendant. | CIVIL ACTION NO.<br>3:00CV2465 (CFD)<br><br><br><br><br>MAY 18, 2007 |

### MOTION TO SEAL DREIER LLP's LETTER MOTION

Pursuant to D. Conn. Local Rule 5(e), Plaintiffs' prior Counsel, Dreier LLP ("Dreier"), hereby respectfully moves the Court to seal Document # 114 (Letter Motion to Withdraw as Attorney for Bristout Bourguignon (the "Letter Motion")). The Letter Motion includes privileged information and specifically describes circumstances that should be protected from public disclosure. Accordingly, Dreier respectfully requests that the Court seal the Letter Motion.

Dreier submitted the Letter Motion to the court on May 4, 2007, which was filed by the Court Clerk on May 11, 2007. On the same day, the Court granted the Letter Motion, withdrawing the appearances of Joseph M. Pastore III and Joanne Rapuano as attorneys for Bristout Bourguignon. (Document # 115).

{00257799.DOC;}

The Letter Motion recounts circumstances that prompted the withdrawal of Dreier from representing the Plaintiff, Bristout Bourguignon. It attaches a privileged attorney-client communication which should be kept in confidence and sealed from public viewing.

In addition, opposing counsel, Attorney Jeffrey Spahr, has been contacted and has no objection to this motion.

WHEREFORE, Dreier LLP respectfully requests that this Court seal the Letter Motion (Doc# 114).

By: _____/s/_____
Joseph M. Pastore III, ct11431
Joanne Rapuano, ct27102
Dreier LLP
One Landmark Square, 20th Fl.
Stamford, CT 06901
Phone: (203) 425-9500
Fax: (203) 425-9595
jpastore@dreierllp.com
jrapuano@dreierllp.com

## CERTIFICATION OF SERVICE

This is to certify that the Motion to Seal Dreier LLP's Letter Motion, dated May 18, 2007, was sent via US mail, postage prepaid and electronic mail to the following on this 18th day of May, 2007:

Mr. Jeffry Spahr
City Hall
P.O. Box 798
City of Norwalk
Law Department
Norwalk, CT 06856

                                                /s/
                                    Joseph M. Pastore III, Esq.