UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OCTOBER 23, 2007

OCT 26 2007

Dear Magistrate Judge
Thomas P. Smith

Pursuant to Local Rule 29 and the court Request, Joseph M. Pastore, III, Esquire, Michel Bayonne, Esquire and Joanne Rapuano, Esquire of Dreir, LLP, one were appointed as counsel for the plaintiff dated November 3, 2006, Unfortunately Attorney Michel Bayonne, of Dreier as an attorney for Dreier LLP, Respectfully requests that he be permitted to withdraw his appearance on the plaintiff's case while the plaintiff continues to be represented by Dreier LLP, On May 10, 2007, Attorney Joseph M. Pastore III wrote the plaintiff a letter by stated that he can not represent the plaintiff due to a number of unforeseen circumstances. Also, Attorney Joseph M. Pastore stated that this does not preclude the plaintiff from being assigned pro bono to separate counsel. At this time the plaintiff Respectfully asks, the honorable Magistrate Judge Thomas P. Smith at the Court Request a pro bono Lawyer to represent the plaintiff at trial. Case # Bourguignon V. Hinespell Vogel, et al NO. 3:00 CV 2465 (CFD).

Respectfully submitted
Bristout Bourguignon

11/9/07 Treating this as a motion, it shall be docketed. It is DENIED without prejudice.